United States Bankruptcy Court
Central District Of California

3420 Twelfth Street, Riverside, CA 92501−3819

# ORDER DIRECTING PLAN PAYMENTS TO TRUSTEE AND DIRECTING PAYMENT OF RESIDENTIAL MORTGAGE PENDING MEETING OF CREDITORS [11 U.S.C. § 1326(a)]

**DEBTOR(S) INFORMATION:**
Jesus Manuel Correa Jr
**SSN:** xxx−xx−9688
**EIN:** N/A
Olivia Maria Correa
**SSN:** xxx−xx−5054
865 Seymour Wy
Perris, CA 92571

**BANKRUPTCY NO.** 6:09−bk−10298−TD
**CHAPTER** 13

The above−named debtor(s) have filed a petition under Chapter 13 of title 11 of the United States Code. Good cause appearing therefore,

**IT IS ORDERED:**

1) That commencing within 30 days of the filing of the petition, debtor(s) shall make the regular chapter 13 plan payments directly to the trustee:

    Rod (TD) Danielson

    4361 Latham Street, Suite 270
    Riverside, CA 92501

2) Said payments will be held by the trustee to be disbursed pursuant to 11 U.S.C. § 1326(a).

3) That the attorney for the debtor(s) shall collect from the debtor(s) and forward the current monthly payments on any debt secured by the debtor(s)' residence to such secured lienholder. "Current" means all payments falling due after the filing of the chapter 13 petition. In the event debtor(s) is (are) not represented by an attorney, debtor(s) shall forward the payments to the above−named trustee who will forward the monthly payment(s) to the secured lienholder immediately.

**FAILURE TO COMPLY WITH THIS ORDER IS GROUNDS FOR DENIAL OF CONFIRMATION, DISMISSAL OF THE CASE OR CONVERSION TO A CHAPTER 7 [11 U.S.C. § 1307(c)], AND WILL ALSO BE CONSIDERED IN CONNECTION WITH PROCEEDINGS FOR RELIEF FROM THE STAY OF FORECLOSURE. SEE ALSO 11 U.S.C. § 109(g) WHICH ALLOWS THE COURT TO DISMISS A CASE FOR WILLFUL NON−COMPLIANCE WITH THIS ORDER AND TO ORDER THE PROHIBITION ON ANY REFILING OF ANOTHER BANKRUPTCY PETITION BY OR AGAINST THE DEBTOR FOR 180 DAYS.**

Dated: January 9, 2009

For The Court,
**Jon D. Ceretto**
Clerk of Court